UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CCO INVESTMENT SERVICES CORP. and RBS CITIZENS, N.A.<br><br>**Plaintiffs**<br><br>vs.<br><br>JAYME LEMAIRE, JAMIE NOWAKOWSKI and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC<br><br>**Defendants** | Civil Action No: 3:12-CV-01088-JCH |

## JOINT MOTION FOR STIPULATED INJUNCTIVE RELIEF

Plaintiffs CCO Investment Services Corp. ("CCO") and RBS Citizens, N.A. ("Citizens") and defendants Jayme Lemaire ("Lemaire"), Jamie Nowakowski ("Nowakowski") and Wells Fargo Advisors Financial Network, LLC ("Wells Fargo") hereby jointly move for a stipulated injunctive order.  In support of this joint motion the parties state as follows:

1. On July 27, 2012, plaintiffs filed their Verified Complaint and Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion") against defendants.

2. On July 27, 2012, plaintiffs filed a statement of claim against defendants with Financial Industry Regulatory Authority Dispute Resolution, Inc. ("FINRA"), thereby commencing an arbitration on the substantive counts brought in the Verified Complaint.

3. The parties have agreed to seek leave to forego further proceedings in this Court on injunctive relief and stipulate (i) to avoid the injunctive process before FINRA, without prejudice to any alleged issues of monetary damages including whether defendants, Jayme Lemaire and Jamie Nowakowski, violated any provision of their employment agreements

which issues will be heard subsequently before FINRA, and (ii) to the terms of the proposed order attached hereto as if it was issued by the Court.

   4. The parties agree to waive the requirement under Fed. R. Civ. P. 65(c) that plaintiffs provide security for the stipulated injunctive relief.

  WHEREFORE, the parties respectfully request that this Court issue the injunctive relief in the attached proposed order.

| | |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| *CCO Investment Services Corp.*, and | *Jayme Lemaire,* and |
| *RBS Citizens, N.A.* | *Jamie Nowakowski* |
| By their attorneys, | By their attorneys, |

  /s/ Thomas W. Witherington      /s/ Anthony J. Natale

| | |
|---|---|
| Thomas Witherington | Anthony J. Natale |
| Federal Bar No. ct05711 | Federal Bar No. ct08451 |
| Cohn Birnbaum & Shea, P.C. | Natale and Wolinetz |
| 100 Pearl Street | 750 Main Street – Suite 600 |
| Hartford, CT 06103 | Hartford, CT 06103 |
| Telephone: (860)493-2200 | Telephone: (860) 525-0400 |
| Facsimile: (860)727-0361 | Facsimile: (860) 525-0460 |
| Email: twitherington@cb-shea.com | Email: anatale@natalelawfirm.com |

*Wells Fargo Advisors Financial Network, LLC*
By its attorneys,

  /s/ Bradley L. Croft
Bradley L. Croft
Federal Bar No. ct16069
Ruberto Israel & Weiner
255 State Street, Boston, MA 02109
Telephone: (617)570-3528
Facsimile: (617)742-2355
Email: cpl@riw.com

August 7, 2012