UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CCO INVESTMENT SERVICES CORP. | : | |
| and RBS CITIZENS, N.A., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:12-CV-1088 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JAYME LEMAIRE, JAMIE | : | AUGUST 16, 2012 |
| NOWAKOWSKI and WELLS FARGO | : | |
| ADVISORS FINANCIAL NETWORK, | : | |
| LLC., | : | |
|     Defendants. | : | |

**ORDER FOR INJUNCTIVE RELIEF**

AND NOW, this 14th day of August, 2012, upon consideration of the parties' Joint Motion for Stipulated Injunctive Relief, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, based on the parties' desire to avoid (i) the time and expense of further proceedings in this Court on plaintiffs' motion for injunctive relief in aid of arbitration, and (ii) an expedited injunctive hearing before FINRA, that said Joint Motion (Doc. No. 17) is GRANTED, and Motion for Temporary Restraining Order (Doc. No. 2) is TERMINATED AS MOOT.  IT IS FURTHER ORDERED that:

    (1) Defendants Jayme Lemaire ("Lemaire"), Jamie Nowakowski ("Nowakowski") and any person acting on behalf of or in concert with and of them (whether other agents of defendant Wells Fargo Advisors Financial Network, LLC ("Wells Fargo") or otherwise), are enjoined and restrained from soliciting through the period ending July 13, 2013 retail securities brokerage, investment advisory or insurance business of any CCO Investment Services Corp. ("CCO") customer who became known to Lemaire or Nowakowski as a direct or indirect result of their employment with CCO; provided that nothing in this Order shall prohibit Lemaire, Nowakowski and Wells Fargo from

1

communicating with such CCO customers: (i) who initiate contact with either Lemaire, Nowakowski, Wells Fargo, or any of Wells Fargo's officers, agents, representatives or employees; or (ii) who have already transferred, or indicated their intent to transfer, their accounts (or any portions thereof) to Wells Fargo.

(2) Each of the above-named defendants, and all officers, agents, servants or employees of any of them, and any person acting on behalf of or in concert with any of them, are restrained from:

a. misappropriating, disseminating, disclosing, copying or using, in whole or part, any of CCO's or RBS Citizens, N.A.'s ("Citizens") confidential information or trade secrets, including but not limited to CCO's customer lists or files regarding work for clients in its retail securities brokerage, investment advisory or insurance business; and

b. misappropriating, disseminating, disclosing, copying or using, in whole or part, any documents or information relating in any way to CCO's business that defendants obtained directly or indirectly through Lemaire's or Nowakowski's employment with CCO.

(3) All of the parties, and all officers, agents, servants or employees of any of them, and any person acting on behalf of or in concert with any of them, are restrained from destroying, erasing, disposing of, or otherwise making unavailable for further proceedings in this matter, or in any arbitration proceeding between the parties, any records or documents (including data or information maintained in electronic format or on computer media) in their possession, custody or control which defendants obtained from or contain information derived from CCO's or Citizens' records, which pertain to

CCO's customers Lemaire or Nowakowski served or whose names became known to them as a result of their employment with CCO, or which relate to any of the events alleged in the Verified Complaint in this action.

The foregoing Order shall be without prejudice to defendants' defenses to plaintiffs' claims for monetary damages including whether defendants, Jayme Lemaire and Jamie Nowakowski, violated any provision of their employment agreements which issues will be heard subsequently before FINRA in the related FINRA arbitration, which, pursuant to FINRA Rules, will proceed on a non-expedited basis. Pursuant to the stipulation of the parties, the requirement under Fed. R. Civ. P. 65(c) that plaintiffs provide security for the foregoing Order is waived.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of August, 2012

                                                        __/s/ Janet C. Hall_____
                                                        Janet C. Hall
                                                        United States District Judge